UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CYNTHIA HINE and
KEVIN HINE,

    Plaintiffs,

  v.

Civil Action No. 09-cv-0853-A

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all parties to the above entitled action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no person

not a party has an interest in the subject matter of the action, the above entitled action be, and the

same hereby is discontinued with prejudice.

DATED:

Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288

DATED: 2/23/10

Michael Paskowitz, Esq.
Borins, Halpern & Paskowitz
*Attorneys for Defendant*
705 Brisbane Building, 40 Main Street,
Buffalo, New York 14203
Phone: (716) 852-8188